*This Document is filed under seal pursuant to the Protective Order of the Court, dated March 14, 2007 [D.E. 133].*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 29 2008 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re VITAMIN C ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Master File: 1:06-MD-01738 (DGT) (JO) |
| DENNIS AUDETTE,<br><br>               Plaintiff,<br>v.<br>HEBEI WELCOME PHARMACEUTICAL CO. LTD., *et al.*<br>               Defendants. | Case No. 1:06-cv-00988-DGT-JO |
| LINDA PHILION,<br><br>               Plaintiff,<br>v.<br>HEBEI WELCOME PHARMACEUTICAL CO. LTD., *et al.*<br>               Defendants. | Case No. 1:06-cv-00987-DGT-JO |
| RICHARD KEANE, *et al.*,<br><br>               Plaintiff,<br>v.<br>HEBEI WELCOME PHARMACEUTICAL CO. LTD., *et al.*<br>               Defendants. | Case No. 1:06-cv-00149-DGT-JO |

**INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.'S MOTION TO DIMISS FOR LACK OF PERSONAL JURISDICITON**